UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLYN BOUDREAU,<br><br>   Petitioner,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | NO.  CV-07-0359-LRS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  Magistrate Judge Imbrogno filed a Report and Recommendation on November 5, 2008, recommending Respondent's Motion to Dismiss be granted and Petitioner's Petition to Quash Summons be dismissed for lack of subject matter jurisdiction and failure to properly serve Respondent. (Ct. Rec. 15). Objections to the Report and Recommendation were due on or before November 21, 2008.

  There being no objections to the Report and Recommendation, the court **ADOPTS** the Report and Recommendation. Respondent's Motion to Dismiss (**Ct. Rec. 7**)is **GRANTED**, and Petitioner's Petition to Quash Summons (**Ct. Rec. 1**) is **DISMISSED WITH PREJUDICE.**

//

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Petitioner and counsel for Respondent. The file shall be closed and judgment entered for Respondent.

**DATED** this _____5th___ day of December, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2