AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CAROLYN BOUDREAU,
               Petitioner,

                 JUDGMENT IN A CIVIL CASE

       v.

UNITED STATES OF AMERICA,
               Respondent.

CASE NUMBER: CV-07-359-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Order Adopting Report and Recommendation, Ct. Rec. 16, which granted Respondent's Motion to Dismiss.

| | |
|---|---|
| December 5, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |